UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Kee Sook Ahn,

    Plaintiff,

v.

Zhimin Liu et al,

    Defendant.

2:19-cv-01844-VAP-JPRx

**JUDGMENT**

Pursuant to the Order Dismissing the Case for Failure to Serve, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 10/4/19

Virginia A. Phillips
Chief United States District Judge